**NOTE: CHANGES MADE BY COURT**

JS-6

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEAN PESAK,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES MARSHALS SERVICE, et al.<br><br>Defendants. | Case No. 8:26-cv-00763-FWS-JDE<br><br>**ORDER ON STIPULATION OF DISMISSAL [19]**<br><br>Hon. Fred W. Slaughter<br>United States District Judge |

///

///

///

Based on the record, as applied to the relevant law, and for good cause demonstrated in the Stipulation of Dismissal [19] of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), the court **ORDERS** the above-captioned case **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: August 21, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE